UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEN URBANCZYK, RAYMOND
REVOIR, and SHERRI REVOIR,

       Plaintiffs,                        Civil Action No.
                                          10-cv-11180

vs.

                                          HON. MARK A. GOLDSMITH

TROTT & TROTT, P.C.,

       Defendant
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION, GRANTING
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, and DISMISSING
PLAINTIFF'S COMPLAINT**

      This matter is presently before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Mona Majzoub (Docket Entry 26), entered on April 29, 2011. The Magistrate Judge recommends that Defendant's motion for summary judgment be granted and that Plaintiff's Complaint be dismissed. Plaintiff has not filed objections to the R&R and the time to do so has expired. Thus, Plaintiff has waived any further right to appeal. Thomas v. Arn, 474 U.S. 140, 155 (1985). As the Magistrate Judge noted in the R&R, Plaintiffs also did not file a response to Defendant's motion (Docket Entry 22) or otherwise satisfactorily contest Defendant's claims that it closed its file on the subject property before Plaintiffs leased or purchased the property, and that Defendant has no knowledge of the alleged acts stated in the Complaint and no records related to Plaintiffs. The Court has reviewed the R&R and finds that the Magistrate Judge has reached the correct result for the correct reasons. Accordingly,

      IT IS ORDERED that the Magistrate Judge's R&R (Docket Entry 26) is accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that Defendant's motion for summary judgment (Docket Entry 22) is granted and that Plaintiff's Complaint is DISMISSED.

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

Dated: May 31, 2011

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 31, 2011.

s/Deborah J. Goltz
DEBORAH J. GOLTZ
Case Manager